**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-25-0000590
17-JUN-2026
08:25 AM
Dkt. 76 ODSD**

NO. CAAP-25-0000590


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


THOMAS P. FLORES, Claimant-Appellant-Appellant/Appellant,
v.
SAFEWAY, INC.,
Employer-Appellee-Appellee/Appellee, Self-Insured,
and
SEDGWICK, Insurance Adjuster-Appellee-Appellee/Appellee.


APPEAL FROM THE LABOR AND INUSTRIAL RELATIONS APPEALS BOARD
(CASE NO. AB 2022-137(T)(S); DCD NO. 2-21-06728)


ORDER DISMISSING APPEAL
(By: Nakasone, Chief Judge, Wadsworth and Gluck, JJ.)

Upon review of the record, it appears that:

(1) The statement of jurisdiction and opening brief were due on or before September 29, 2025, and October 27, 2025, respectively;

(2) Self-represented Claimant/Appellant-Appellant Thomas P. Flores (**Flores**) failed to file either document, or request an extension of time;

(3) On November 5, 2025, the appellate clerk entered a default notice informing Flores that the time for filing the

statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on November 17, 2025, for appropriate action, which could include dismissal of the appeal, under Hawaiʻi Rules of Appellate Procedure Rules 12.1(e) and 30, and Flores could request relief from default by motion; and

(4) Flores has not taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, June 17, 2026.

/s/ Karen T. Nakasone
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Daniel M. Gluck
Associate Judge